# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| KOSAL CHHIM, | : | |
| Petitioner, | : | |
| v. | : | |
| | | CIVIL ACTION 06-0624-KD-M |
| ALBERTO GONZALES, | : | |
| MICHAEL CHERTOFF, | | |
| WARDEN DAVID O. STREIFF, | : | |
| Respondents. | : | |

## **ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED as MOOT**.

DONE this   24th   day of January, 2007.


  /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**